HOMESTEAD BUILDING COMPANY, RESPONDENT, v. WA-
VERLY BUILDING AND LOAN ASSOCIATION, APPEL-
LANT.

Submitted July 9, 1923—Decided October 5, 1923.

On appeal from the Supreme Court in which the following
*per curiam* was filed:

"The state of the case shows that on March 8th, 1921,
plaintiff applied to the defendant for a loan upon a mortgage
of $10,000 and executed a mortgage as of that date; that
on June 14th, 1921, the defendant not having sufficient cash
to make the loan gave the plaintiff $6,000 in cash and
$4,000 in prepaid stock, but retained interest on the mort-
gage from the date of execution amounting to $150. For
this sum the plaintiff brought suit and recovered and the
defendant appeals. The only question is whether the plaintiff
was bound to pay interest from the date of the mortgage or
from the date he was paid the money. The trial court
determined it was from the date the money was paid, and
this we think was right. It is quite manifest from the state
of the case that the money was not being held for the plaintiff
from March 8th, because they were not able to consummate
the loan in cash on June 14th. There is no dispute about
the facts; but the defendant claims that according to the
mortgage they are entitled to have interest from March 8th,
although they did not pay the money until June 14th, 1921.
Our opinion is that they are only entitled to interest from
the time they advanced the money unless there was some
arrangement that the defendant was to hold the money sub-
ject to the plaintiff's order, and there is no such proof.

"The judgment will be affirmed, with costs."

For the appellant, *Philip J. Schotland.*

For the respondent, *Michael J. Quigley* and *Hugo Woerner.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, KALISCH, BLACK, KATZENBACH, WHITE, HEPPEN-HEIMER, ACKERSON, VAN BUSKIRK, JJ. 10.

*For reversal*—None.